Aaron Waite, Bar #8992
Edward Vasquez, Bar #8640
Lee Davis, Bar #7501
Derek E. Brown, Bar # 10476
Utah Attorney General
Attorneys for the Utah State Tax Commission
210 N 1950 W
SALT LAKE CITY, UT 84134-9000
Telephone: 801-297-6219 801-366-0375

In the United States Bankruptcy Court

For the District of UTAH

| | |
|---|---|
| In Re:<br><br>LIGHT, CHRISTOPHER<br>***-**-7962<br><br>Debtor | Bankruptcy Case Number:<br>26-26773<br><br>Chapter: 13<br><br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |

COMES NOW, the Utah State Tax Commission and objects to confirmation of Debtor's Chapter 13 plan pursuant to 11 U.S.C. Section 1324(a) and FRBP 3015. This objection is made on the grounds that the plan does not comply with 11 U.S.C. Section 1325, including 11 U.S.C. Section 1325(a)(9), as follows.

The Debtor(s) has/have failed to file the appropriate pre-petition tax returns with the Utah State Tax Commission as required by 11 U.S.C. Section 1308 for the following years: 2022, 2023, 2024 and 2025

DATED this 27th day of October, 2026

/s/ Aaron Waite
Assistant Attorney General

## CERTIFICATE OF SERVICE BY ELECTRONIC NOTICE (CM/ECF)

I hereby certify that on the 27th day of October, 2026, I electronically filed the foregoing ***Objection to Confirmation of Chapter 13 Plan*** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the list below of CM/ECF users in this case was generated by the CM/ECF system on the same day as the foregoing document was filed.

Heath S. Isaacs heath@casedriver.com,
heath@casedriver.com;ecf@casedriver.com;Isaacs.HeathB146141@notify.bestcase.com;izak@casedriver.com

Lon Jenkins tr ecfmail@ch13ut.org, lneebling@ch13ut.org

United States Trustee USTPRegion19.SK.ECF@usdoj.gov

Respectfully,
Electronically Signed
/s/ Misty Laird
Compliance Agent III
Special Services Division
Utah State Tax Commission